ARDENT LAW GROUP, P.C.
Hubert H. Kuo (Cal. Bar No. 204036)
Alexander J. Chang (Cal. Bar No. 247921)
2600 Michelson Dr., Suite 1700
Irvine, CA 92612
Telephone: (949) 863-9782
Facsimile: (949) 863-9783
Email: hkuo@ardentlawgroup.com
achang@ardentlawgroup.com

Attorneys for Plaintiff LI-MING CHENG and LAWRENCE S. WU

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| LI-MING CHENG, an individual; and LAWRENCE S. WU, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC., a North Carolina limited liability company; WHOLE SPACE INDUSTRIES LTD., a Delaware corporation; and DOES 1 – 50, inclusive,<br><br>Defendants. | Case No.: 2:14-CV-5934<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**Jury Trial Demanded** |

Plaintiffs Li-Ming Cheng and Lawrence S. Wu, by their attorneys, Ardent Law Group, P.C., file this complaint against Lowe's Home Centers, LLC. and Whole Space Industries Ltd., stating and alleging as follows:

## The Parties

1. Plaintiff Li-Ming Cheng is, and at all times herein mentioned was, an individual residing in Kaoshiung, Taiwan.

2. Plaintiff Lawrence S. Wu is, and at all times herein mentioned was, an individual residing in Rosemead, California.

3. Upon information and belief, Defendant Lowe's Home Centers, LLC ("Lowe's") is a limited liability company organized and existing under the laws of

- 1 -

COMPLAINT FOR PATENT INFRINGEMENT

ARDENT LAW GROUP, PC
2600 Michelson Dr., Suite 1700
Irvine, California 92612
Telephone: (949) 863-9782
Facsimile: (949) 863-9783

North Carolina with its principal place of business at 1605 Curtis Bridge Rd., Wilkesboro, NC 28697.

4. Upon information and belief, Defendant Whole Space Industries Ltd. ("Whole Space") is a corporation organized and existing under the laws of Delaware with its principal place of business at 2100 Middle Country Rd., Ll32, Centereach, NY 11720.

5. Plaintiffs are ignorant of the true names and capacities of defendants sued herein as Does 1 through 50, inclusive, and therefore sue these defendants by such fictitious names.  Plaintiffs will amend this Complaint to allege their true names and capacities when ascertained.  Plaintiffs are informed and believe, and thereon allege, that each of the fictitiously named defendants is responsible in some manner for the occurrences herein alleged and that Plaintiffs' damages as herein alleged were proximately caused by their conduct.

6. Plaintiffs are informed and believe, and thereon allege, that at all times herein mentioned, each of the defendants was the agent, servant and/or employee of each of the remaining defendants, and that in doing the acts alleged in the Complaint, each of the defendants was acting in the capacity of agent, servant and/or employee, and with the consent and ratification of the remaining defendants.

### Jurisdiction and Venue

7. This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a) as it arises under Acts of Congress related to patents.

8. This Court has personal jurisdiction over Defendants by virtue of, among other things, Defendants' importation into, offers to sell and/or sales of their infringing products in this District.

9. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and 1400.

//
//

ARDENT LAW GROUP, PC
2600 Michelson Dr., Suite 1700
Irvine, California 92612
Telephone: (949) 863-9782
Facsimile: (949) 863-9783

- 2 -
COMPLAINT FOR PATENT INFRINGEMENT

## Factual Background

10. Plaintiffs are the lawful owners of all rights, title and interest in U.S. Patent No. 8,245,756 ("the '756 Patent"), entitled "Pull Down, Push Up, Shade Apparatus". A copy of the '756 Patent is attached hereto as Exhibit A.

11. Defendant Lowe's sells and offers to sell in this District and elsewhere in the United States a window covering product called the Light Filtering Cordless Polyester Fabric Roman Shade under the "allen + roth" brand. An example of Lowe's offering for sale of the Light Filtering Cordless Polyester Fabric Roman Shade as marketed and sold through its website at www.lowes.com, is attached hereto as Exhibit B.

12. Plaintiffs are informed and believe, and thereon allege, that Defendant Whole Space imports into and/or offers for sale in the United States a version of the Light Filtering Cordless Polyester Fabric Roman Shade that infringes the '756 Patent. Specifically, Plaintiffs are informed and believe, and thereon allege, that Defendant Whole Space supplies the infringing version of the Light Filtering Cordless Polyester Fabric Roman Shade product that is sold by Lowe's.

## First Cause of Action

### (Patent Infringement against All Defendants)

13. Plaintiffs repeat and re-allege Paragraphs 1-12, inclusive, as if fully set forth herein.

14. By making, using, offering to sell, selling and/or importing into the United States a version of the Light Filtering Cordless Polyester Fabric Roman Shade product Defendants have infringed and continue to infringe the '756 Patent in violation of 35 U.S.C. § 271.

15. Plaintiffs are informed and believe, and thereon allege, that Defendants' infringement of the '756 Patent is willful, entitling Plaintiffs to increased damages pursuant to 35 U.S.C. § 284.

//

ARDENT LAW GROUP, PC
2600 Michelson Dr., Suite 1700
Irvine, California 92612
Telephone: (949) 863-9782
Facsimile: (949) 863-9783

- 3 -

COMPLAINT FOR PATENT INFRINGEMENT

16. In addition, this case is exceptional, entitling Plaintiffs to attorneys' fees and costs pursuant to 35 U.S.C. § 285.

17. As a direct and proximate result of Defendants' conduct, Plaintiffs have suffered, and will continue to suffer, irreparable harm, for which it has no adequate remedy at law.

18. Unless enjoined by the Court, Defendants will continue to infringe the '756 Patent.

19. Unless this Court preliminarily and permanently enjoins Defendants' infringing product, Plaintiffs will continue to be irreparably harmed by Defendants' infringement of the '756 Patent.

## **Prayer for Relief**

WHEREFORE, Plaintiffs pray:

A. For judgment preliminarily and permanently restraining and enjoining each Defendant (and its officers, directors, employees. agents, servants, successors. assigns, and any and all persons in privy or in concert with them, directly or indirectly) from infringing any of the claims of the '756 Patent in any manner;

B. For judgment that one or more of the claims of the '756 Patent have been infringed by each Defendant;

C. For damages adequate to compensate Plaintiffs for each Defendant's infringement, but in no event less than a reasonable royalty, together with interest thereon;

D. For a threefold increase in damages as a result of willful infringement by each Defendant;

E. For an assessment and award of interest, costs and attorneys' fees against each Defendant: and

F. For such other and further relief as the Court deems just and proper.

//
//

ARDENT LAW GROUP, PC
2600 Michelson Dr., Suite 1700
Irvine, California 92612
Telephone: (949) 863-9782
Facsimile: (949) 863-9783

- 4 -

COMPLAINT FOR PATENT INFRINGEMENT

## Jury Trial Demand

Plaintiffs demand a trial by jury on all claims or issues so triable.

Respectfully submitted,

Dated: July 29, 2014            ARDENT LAW GROUP, P.C.

By: _____
Hubert H. Kuo
Alexander J. Chang
Attorneys for Plaintiffs LI-MING CHENG
and LAWRENCE S. WU

ARDENT LAW GROUP, PC
2600 Michelson Dr., Suite 1700
Irvine, California 92612
Telephone: (949) 863-9782
Facsimile: (949) 863-9783