1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ZIPSHADE INDUSTRIAL (B.V.I.) CORP., a British Virgin Island corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>LOWE'S HOME CENTERS, LLC, a North Carolina limited liability company; WHOLE SPACE INDUSTRIES, LTD., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 2:14-cv-05934-ODW-RZ<br><br>**ORDER TO SHOW CAUSE RE: RESCHEDULING** |

Due to the Court's case load and scheduling conflicts, the Court wishes to continue the claim construction hearing, currently scheduled for April 29, 2016 (ECF No. 99.), until October 14, 2016. However, the Court does not wish to prejudice any party in pursuit of its scheduling needs, and therefore asks parties to **SHOW CAUSE**, in writing **by February 29, 2016**, if the amended schedule below will unduly prejudice any party. Should a party fail to respond to this Order, their silence will be taken as acceptance of the modified schedule.

The proposed schedule is thus:

| Date | Event | Governing Rule |
|---|---|---|
| Tuesday February 16, 2016 | SUBMITTED: Joint Claim Construction Prehearing Statement | Patent Rule 4-3 |
| Thursday September 2, 2016 | Completion of Claim Construction Discovery | Patent Rule 4-4 |
| Friday September 16, 2016 | Plaintiff's Claim Construction Brief | Patent Rule 4-5(a) |
| Friday September 30, 2016 | Defendants' Claim Construction Brief | Patent Rule 4-5(b) |
| Friday October 7, 2016 | Plaintiff's Reply Brief | Patent Rule 4-5(c) |
| Friday October 14, 2016 9am – 10am | Technology tutorial | Court's Patent Standing Order |
| Friday October 14, 2016 10am – 12pm | Claim Construction Hearing | Patent Rule 4-6 |
| Friday October 14, 2016 (TBD) | Post Claim Construction Status Conference | |

The parties shall adhere to the foregoing schedule. At the Post Claim

Construction Status Conference, the parties should be prepared to set a trial date, to set dates for any further fact discovery, expert discovery, and dates for filing dispositive motions and pretrial motions.

**IT IS SO ORDERED.**

February 18, 2016

_____
              **OTIS D. WRIGHT, II**