# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ZIPSHADE INDUSTRIAL (B.V.I.) CORP., a British Virgin Island corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC., a North Carolina limited liability company; WHOLE SPACE INDUSTRIES LTD., a Delaware corporation; and DOES 1 – 10, inclusive,<br><br>    Defendants.<br>―――――――――――――――――<br>And Related Counterclaims. | Case No.: 2:14-cv-05934-ODW-JC<br><br>ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

    The Court has received and considered the parties' stipulation for dismissal of the entire action with prejudice under Federal Rules of Civil Procedure, Rule 41(a)(1) (ECF No. 144), and, based upon that stipulation,

IT IS ORDERED that the entire action, including the complaint and counterclaims, is hereby dismissed with prejudice, that this Court shall retain jurisdiction to enforce the Stipulation of Dismissal and the settlement agreement reached by the parties to this action, and that the parties to this action shall bear their own attorney's fees and costs incurred in this action.

September 7, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**